**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

[ ] Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone.  A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors.  For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car.  When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them.  In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2.  The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Danny** First Name<br>**Dean** Middle Name<br>**Lewis** Last Name<br>**Jr.** Suffix (Sr., Jr., II, III) | **Deborah** First Name<br>**Lynn** Middle Name<br>**Lewis** Last Name<br>_____ Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | First Name<br>Middle Name<br>Last Name | First Name<br>Middle Name<br>Last Name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **0 8 4 2**<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – **6 0 4 0**<br>OR<br>9xx – xx – ____ ____ ____ ____ |
| 4. | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and doing business as names | [x] I have not used any business names or EINs.<br>Business name<br>Business name<br>Business name | [x] I have not used any business names or EINs.<br>Business name<br>Business name<br>Business name |

Debtor 1 **Danny** **Dean** **Lewis, Jr.** Case number (if known) _____ 03/11/2016 03:24:42pm
        First Name    Middle Name    Last Name

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| | __ __ – __ __ – __ __ __ __ __ __ __ <br> EIN | __ __ – __ __ – __ __ __ __ __ __ __ <br> EIN |
| | __ __ – __ __ __ __ __ __ __ __ __ __ <br> EIN | __ __ – __ __ __ __ __ __ __ __ __ __ <br> EIN |

**5. Where you live**

| About Debtor 1: | If Debtor 2 lives at a different address: |
|---|---|
| **4309 Saint Andrews** <br> Number Street | **4309 Saint Andrews** <br> Number Street |
| **Midland** **TX** **79707** <br> City State ZIP Code | **Midland** **TX** **79707** <br> City State ZIP Code |
| **Midland** <br> County | **Midland** <br> County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
| **4309 Saint Andrews** <br> Number Street | **4309 Saint Andrews** <br> Number Street |
| P.O. Box | P.O. Box |
| **Midland** **TX** **79707** <br> City State ZIP Code | **Midland** **TX** **79707** <br> City State ZIP Code |

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1 **Danny** **Dean** **Lewis, Jr.** Case number (if known) _____ 03/11/2016 03:24:42pm
 First Name  Middle Name  Last Name

| | | |
|---|---|---|
| 8. | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay Your Filing Fee in Installments (Official Form 103A). |
| | | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |
| 9. | **Have you filed for bankruptcy within the last 8 years?** | ☑ No ☐ Yes. |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| 10. | **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?** | ☑ No ☐ Yes. |
| | | Debtor _____ Relationship to you _____ |
| | | District _____ When _____ Case number, _____ |
| | | MM / DD / YYYY if known |
| | | Debtor _____ Relationship to you _____ |
| | | District _____ When _____ Case number, _____ |
| | | MM / DD / YYYY if known |
| 11. | **Do you rent your residence?** | ☑ No. Go to line 12. |
| | | ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence? |
| | | ☐ No. Go to line 12. |
| | | ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it with this bankruptcy petition. |

Official Form 101 **Voluntary Petition for Individuals Filing for Bankruptcy** page 3

Debtor 1  **Danny**       **Dean**         **Lewis, Jr.**              Case number (if known) _____   03/11/2016 03:24:42pm
          First Name      Middle Name      Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No. Go to Part 4.
☐ Yes. Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number     Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                              State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes. What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property? _____
                       Number     Street

_____

_____
City                              State    ZIP Code

Debtor 1  **Danny** **Dean** **Lewis, Jr.** Case number (if known) _____ 03/11/2016 03:24:42pm
　　　　　First Name　　Middle Name　　Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

　☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

　☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

　☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

　☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1 **Danny** **Dean** **Lewis, Jr.**  Case number (if known) _____ 03/11/2016 03:24:42pm
First Name    Middle Name    Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts. _____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X /s/ Danny Dean Lewis, Jr.**  **X /s/ Deborah Lynn Lewis**
Danny Dean Lewis, Jr., Debtor 1    Deborah Lynn Lewis, Debtor 2

Executed on **03/10/2016**    Executed on **03/10/2016**
MM / DD / YYYY    MM / DD / YYYY

Debtor 1 **Danny** **Dean** **Lewis, Jr.**
           First Name     Middle Name     Last Name

Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ Bruce Evan Foster**      Date **03/10/2016**
Signature of Attorney for Debtor      MM / DD / YYYY

**Bruce Evan Foster**
Printed name

**Bruce Evan Foster**
Firm Name

**125 N Fort Worth St**
Number    Street

**Midland**      **TX**      **79701**
City      State      ZIP Code

Contact phone **(432) 686-2039**      Email address **befoster@befoster.com**

**07283400**
Bar number      State

Debtor(s): **Danny Dean Lewis, Jr.**
**Deborah Lynn Lewis**

Case No:
Chapter: **7**

WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | R & R Collection<br>1007 W. Illinois<br>Midland, TX 79708 |
| Amarillo National Bank<br>Po Box 1<br>Amarillo, TX 79105 | Comenity Bank/buckle<br>Po Box 182789<br>Columbus, OH 43218 | Sears/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| American Honda Finance<br>1220 Old Alpharetta Road<br>Alpharetta, GA 30005 | Compass Bank<br>15 20th St S Fl 9<br>Birmingham, AL 35233 | Syncb/mervyns<br>Po Box 965005<br>Orlando, FL 32896 |
| Bank Of The West<br>1450 Treat Blvd<br>Walnut Creek, CA 94596 | Debt Rec Sol<br>900 Merchants Concourse<br>Westbury, NY 11590 | Syncb/musicians Friend<br>C/o Po Box 965036<br>Orlando, FL 32896 |
| Benfcl/hfc<br>601 Nw 2nd St<br>Evansville, IN 47701 | Frd Motor Cr<br>Po Box Box 542000<br>Omaha, NE 68154 | Syncb/sleep Number<br>C/o Po Box 965036<br>Orlando, FL 32896 |
| Bk Of Amer<br>450 American St<br>Simi Valley, CA 93065 | Grant & Weber<br>8880 W Sunset Rd # 275<br>Las Vegas, NV 89148 | Td Auto Fin<br>27777 Franklin Rd<br>Farmington Hills, MI 48334 |
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Heritage Usa Fcu<br>5507 W. Wadley<br>Midland, Texas 79707 | Tnb - Target<br>C/o Target Credit Services<br>Minneapolis, MN 55440 |
| Cap1/frnrw<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045 | Hsbc Auto<br>6602 Convoy Court<br>San Diego, CA 92111 | Webbank/dfs<br>Po Box 81607<br>Austin, TX 78708 |
| Cap1/kawas<br>Pob 978<br>Wood Dale, IL 60191 | Jpm Chase<br>Po Box 24696<br>Columbus, OH 43224 | West Texas State Bank<br>400 W. Illinois Ave #100<br>Midland, Texas 79701 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Lacks Furn<br>7142 San Pedro Ave<br>San Antonio, TX 78216 | Wfds/wds<br>Po Box 1697<br>Winterville, NC 28590 |

16-70036-rbk Doc#1 Filed 03/11/16 Entered 03/11/16 15:37:04 Main Document Pg 9 of 11

Debtor(s): **Danny Dean Lewis, Jr.**
**Deborah Lynn Lewis**

Case No:

Chapter: **7**

**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

```
Zale/cbna
Po Box 6497
Sioux Falls, SD 57117
```

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

IN RE: **Danny Dean Lewis, Jr.**
**Deborah Lynn Lewis**

CASE NO.

CHAPTER  7

### Certificate of Service

Service of the Plan by Debtor

Ally Financial
xxxxxxxx7224
200 Renaissance Ctr
Detroit, MI 48243

Bk Of Amer
xxxxxxxxxxxx0481
Po Box 982238
El Paso, TX 79998

Comenity Bank/buckle
xxxxxxxxxxxx7075
Po Box 182789
Columbus, OH 43218

Amarillo National Bank
xxxxxxxxxxxxxxxxxx0909
Po Box 1
Amarillo, TX 79105

Bk Of Amer
xxxx7865
450 American St
Simi Valley, CA 93065

Compass Bank
xxxx8151
15 20th St S Fl 9
Birmingham, AL 35233

American Honda Finance
xxxxx7585
1220 Old Alpharetta Road
Alpharetta, GA 30005

Cap1/frnrw
xxxxxxxxxxx7238
26525 N Riverwoods Blvd
Mettawa, IL 60045

Debt Rec Sol
xxxxxxxxxx0838
900 Merchants Concourse
Westbury, NY 11590

Bank Of The West
xxxxx5087
1450 Treat Blvd
Walnut Creek, CA 94596

Cap1/kawas
xxxxxxxxxxx3563
Pob 978
Wood Dale, IL 60191

Debt Rec Sol
xxxxxxxxxx0841
900 Merchants Concourse
Westbury, NY 11590

Benfcl/hfc
xxxxxxxxxx9309
601 Nw 2nd St
Evansville, IN 47701

Chase Card
xxxxxxxxxxx7540
Po Box 15298
Wilmington, DE 19850

Debt Rec Sol
xxxxxxxxxx0839
900 Merchants Concourse
Westbury, NY 11590

Bk Of Amer
xxxxx2281
450 American St
Simi Valley, CA 93065

Chase Card
xxxxxxxxxxx1275
Po Box 15298
Wilmington, DE 19850

Frd Motor Cr
xxxx5129
Po Box Box 542000
Omaha, NE 68154

Bk Of Amer
xxxxxxxxxxxx9323
Po Box 982238
El Paso, TX 79998

Citi
xxxxxxxxxxx3357
Po Box 6241
Sioux Falls, SD 57117

Frd Motor Cr
xxxx4095
Po Box Box 542000
Omaha, NE 68154

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

IN RE: **Danny Dean Lewis, Jr.**
**Deborah Lynn Lewis**

CASE NO.

CHAPTER  7

## Certificate of Service

(Continuation Sheet #1)

---

Grant & Weber
xxxxx9534
8880 W Sunset Rd # 275
Las Vegas, NV 89148

R & R Collection
xxx7021
1007 W. Illinois
Midland, TX 79708

Webbank/dfs
xxxxxxxxxxxxxx0419
Po Box 81607
Austin, TX 78708


Heritage Usa Fcu
xxxxxxxxxxxx0822
5507 W. Wadley
Midland, Texas 79707

Sears/cbna
xxxxxxxxxxxx1948
Po Box 6497
Sioux Falls, SD 57117

West Texas State Bank
xxx1140
400 W. Illinois Ave #100
Midland, Texas 79701


Hsbc Auto
xxxxxxxxxx0205
6602 Convoy Court
San Diego, CA 92111

Syncb/mervyns
xxxxxxxxxxxx1553
Po Box 965005
Orlando, FL 32896

Wfds/wds
xxxxxxxx0278
Po Box 1697
Winterville, NC 28590


Jpm Chase
xxxxxxxx1445
Po Box 24696
Columbus, OH 43224

Syncb/musicians Friend
xxxxxxxxxxxx4030
C/o Po Box 965036
Orlando, FL 32896

Zale/cbna
xxxxxxxxxxxx8057
Po Box 6497
Sioux Falls, SD 57117


Lacks Furn
xxxxxxxxxx0404
7142 San Pedro Ave
San Antonio, TX 78216

Syncb/sleep Number
xxxxxxxxxxxx8240
C/o Po Box 965036
Orlando, FL 32896


R & R Collection
xxx7023
1007 W. Illinois
Midland, TX 79708

Td Auto Fin
xxxxxx4052
27777 Franklin Rd
Farmington Hills, MI 48334


R & R Collection
xxx7024
1007 W. Illinois
Midland, TX 79708

Tnb - Target
xxxxx1425
C/o Target Credit Services
Minneapolis, MN 55440